IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00978-BNB

SOLOMON BEN-TOV COHEN,
Plaintiff,

v.

DENVER COUNTY JAIL, and
REV. JOHN SCOTT, Chaplain, Denver County Jail,
Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUL 17 2008

GREGORY C. LANGHAM
CLERK

ORDER OF DISMISSAL

In an order filed on June 5, 2008, Magistrate Judge Boyd N. Boland granted Plaintiff leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 in this action. Pursuant to § 1915(b)(1), Magistrate Judge Boland ordered Plaintiff either to pay an initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee. Plaintiff was warned that the complaint and the action would be dismissed without further notice if he failed either to pay the initial partial filing fee or to show cause within thirty days.

On June 25, 2008, the copy of Magistrate Judge Boland's June 5 order that was mailed to Plaintiff at the Denver County Jail address he provided was returned to the Court undelivered. The returned envelope is stamped "RTS," "RETURNED TO SENDER, NOT DELIVERABLE AS ADDRESSED, UNABLE TO FORWARD," and "RELEASED." Plaintiff has not filed a notice of change of address in this action.

Pursuant to Rule 10.1M. of the Local Rules of Practice of the United States District Court for the District of Colorado-Civil, a party must file a notice of new address

and telephone number within ten days of any change of address or telephone number. Plaintiff has failed to comply with the Court's local rules and, as a result, he has failed within the time allowed either to pay the initial partial filing fee or to show cause why he is unable to pay the initial partial filing fee. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice because Plaintiff failed either to pay the initial partial filing fee or to show cause why he has no assets and no means by which to pay the initial partial filing fee.

DATED at Denver, Colorado, this 17 day of July, 2008.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-00978-BNB

Solomon Ben-Tov Cohen
Prisoner No. 1583273
Denver County Jail
10500 E. Smith Road
Denver, CO 80239

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/17/08

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk